IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>NICOLE BEATTIE<br>　　　　　Defendant. | 4:21cr3012<br><br>**JOINT MOTION TO CONDUCT PLEA HEARING BY REMOTE CONFERENCE** |

　　　　Pursuant to the "Coronavirus Aid, Relief, and Economic Security Act" (CARES Act), H.R. 748, the parties jointly move for an order authorizing the assigned magistrate judge to conduct a change of plea hearing by video conferencing, or telephone conferencing if video teleconferencing is not reasonably available. In support of this motion, the parties state that upon consideration of Defendant's potential sentence, and Defendant's interest in ending pretrial detention and minimizing ongoing anxiety and concern over the outcome of this case, the plea or sentencing in that case cannot be further delayed without serious harm to the interests of justice.

　　　　Defendant understands that due to the COVID-19 pandemic, an in-person plea hearing may seriously jeopardize public health and safety. After consultation with defense counsel, the defendant voluntarily consents to have a United States Magistrate Judge conduct a change of plea hearing by video conferencing, or telephone conferencing if video teleconferencing is not reasonably available.

_6-30-21_
Date

_[signature]_
Counsel for the United States

6/30/2021
Date

_[signature]_
Counsel for the Defendant